UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTIAN SANCHEZ, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,

    Plaintiff,

- against -

HOLDEN OUTERWEAR INC.,

    Defendant.

21-cv-548 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

 The plaintiff has dismissed this case with prejudice.

Therefore, the Clerk is directed to close this case.

SO ORDERED.
Dated: New York, New York
    January 21, 2022

            _____
            John G. Koeltl
            United States District Judge